# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Scanned at Pinckneyville CC and e-mailed 4/6/23 by CB 13 pages

Esley D Cornelius III

_____
_____
*Plaintiff(s)/Petitioner(s)*

v.

Marion Illinois Police Dept,
Charles Weige
Jessie Thompson
William Lannom

*Defendant(s)/Respondent(s)*

Case Number: _____
*(Clerk's Office will provide)*

☑ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)

☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)

☑ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act, 28 U.S.C. §§1346, 2671-2680, or other law

## I. JURISDICTION

**Plaintiff:**

A. Plaintiff's mailing address, register number, and present place of confinement.

Esley Cornelius III Y23796
Pinckneyville CTR
5835 State Route 154
Pinckneyville, IL 62274

**Defendant #1:**

B. Defendant __Charles Weige__ is employed as
(a) (Name of First Defendant)

__Marion Police Officer Badge - 095__
(b) (Position/Title)

with __Marion Police Department__
(c) (Employer's Name and Address)

__1001 West Deyoung Street Marion, IL 62959__

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☑ Yes ☐ No

If your answer is YES, briefly explain: Yes He violated my civil right while on patrol as police officer

1

**Defendant #2:**

C.   Defendant __Thompson, Jessic__ is employed as
(Name of Second Defendant)

__SGT Marion Police officer Badge-037__
(Position/Title)

with __Marion Police Department 1001 West__
(Employer's Name and Address)
__Deyoung street Marion, IL 62959__

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ☑ Yes   ☐ No

If you answer is YES, briefly explain: __Assissted with other officer to a conspiracy to violate my civil Rights__

**Additional Defendant(s) (if any):**

D.   Using the outline set forth above, identify any additional Defendant(s).

Defendant LANNOM, William Badge 050
Name of Third Defendant

Police officer Marion Police Department
Position/Title

Marion, IL Police Department 1001 west Deyoung street Marion, IL 62959

officer that Assisted in 2a conspiracy to violate my civil Rights

## II.   PREVIOUS LAWSUITS

A.   Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?   ☑Yes ☐No

B.   If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability**, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)). FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.   Parties to previous lawsuits:
Plaintiff(s): Esley D Cornelius III

Defendant(s): Union County IL

2.   Court (if federal court, name of the district; if state court, name of the county):

3.   Docket number: N/A

4.   Name of Judge to whom case was assigned: Gilbert

5.   Type of case (for example: Was it a habeas corpus or civil rights action?):   1983

6.   Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dismissed

3

7. Approximate date of filing lawsuit: 6/2019

8. Approximate date of disposition: 2020

9. Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?" failed to Prosecute

III. **GRIEVANCE PROCEDURE**

A. Is there a prisoner grievance procedure in the institution? ☑ Yes ☐ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? ☐ Yes ☑ No

C. If your answer is YES,
   1. What steps did you take?

   N/A

   2. What was the result?

D. If your answer is NO, explain why not.

my complaint is not a prison complaint

E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☐ Yes ☐ No

N/A

F. If your answer is YES,
   1. What steps did you take?

   N/A

   2. What was the result?

4

G. If your answer is NO, explain why not.

H. Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

I've went to small claims court, Court of Claims and to exhaust my remedies on this matter would be best for court's to establish that my Civil Rights were violated. Involving Racisim, Police misconduct, Discrimination, Illegal Search & Seizure These allegation/Fact's occured while I was a civilian and Detained in the County Jail were Police offer's Discriminated and took currency from me Prosecutor's and STATE Forfited on a Hunch.

5

# STATEMENT OF CLAIM

**1# Defendant's**

Patrolman Charles Welge, Sgt Jessie Thompson, William Lannom conspired on May 8th 2021 to violate my civil rights by agreeing and acting (a) to falsely arrest and imprison (B) contreive and frabricate criminal charges against plantiff (C) Submit false reports statement, and testimony to support those charges (D) Improperly impact witness, (e) Arrest and seize U/S currency due to discriminatory intent (F) Illegal calculated search & seizure (g) punish the plantiff for exersizing my right's to confront and question the performance of public officials (H) Violate and deprive plantiff of numerous civil right's

**2#**

While driving and following all traffic laws in the city of Marion Illinois I was being followed and targeted by police officer (Charles Welge -096 Badge). While being followed by public offial's for several blocks I used my right turn signal and was pulled over for failing to use that turn signal which led to a false arrest.

**3#**

Once pulled over I was asked to exit the vehicle which I did without incident. I was then search for illegal weapons or drugs which was not found I was clean. During this search currency used to purchase a vehicle was on me while traveling to drop off Ashley N. Turner a woman I met on facebook. Once officer Welge discovered the currency of $5,231.00, he grew anxious to search further, and calling me a (Drug Dealing Nigger) I know I'm going to find Something!

**4#**

I was Detained and shortly officer's William Lannom, Sgt Thompson arrived (Badge 050, Badge 037) when things continued to trickle effect into being called monkey boy/Nigger and your going to jail today then was forced to go inside Back seat of police cruiser.

Once inside the police cruiser I observed officer Welge go to passenger I was giving a ride home asked to step out of the vehicle.

## (2) STATEMENT OF CLAIM

5# Police Report's STATES she was asked to exit the vehicle but, prior to exit Ms. turner was asked Did she have any Drugs on her she STATEd negative (NO). once Removed from vehicle and asked to be Searched She was discovered to have meth in her Possession. (6th once I observed this I seen officer welge say he gave the Drugs to you didn't he and she shook her head yes. She was taken to another Patrol car By officer LANNOM who also conspired with officer welge go on a hunch or suspicion that I had more Drugs in the vehicle tearing Apart Door's, Seat's, Dash Board, Console, totaling a Damage of $2,500. to the vehicle which nothing was found to be Illegal to Possess.

7# Sgt Jessie Thompson then Transported me to the County Jail after I was taken from the Marion Police DePT were they took my $5,231.00 U.S currency and charged me with the Drugs she had in her Possession (Croth Area). Officer took my stimulus Let her go without any charge's and ARRested me a Black male her white female DiD not Get Same equal Protection. Sgt thompson Continued to try to force me into a Confession without legal Counsel and threating me with more harsher punishment. he Took Picture's of me while at williamson County Jail with a Cell Phone and said since I Don't want to talk or find him Drugs he's going to send This To the Feds and anything over 140 gms of meth is 10 To life. he wrote a Phone number on a Citation to call him once I get Released. Jail Video should have these Incidents to try coherse me into Confession. (8th)

Officer welge, Provided false STATments to the STATE Providing them with false Information that I Provided to Possess meth/Herion. He also said that my Currency was in order with RubberBands that Drug Traffickers use as method to use in Drug Sales. Do to this officer Discriminatory INtent he Asumed that because I was Black and had $5,231.00 in Currency was Reosonable and suspicious when the Inital Traffic stop was nothing more than an exusse to fish for Trouble.

(3)

9#) Not only did officer Welge lie and had no Reasonable Suspicion to initiate a traffic stop, there was no Reasonable Suspicion or Criminal activity for a cause to search the passenger. to which evidence that was found inside her (Crotch Area) could have been placed or found through officers unlawful search & seizure. Prior to the search of Passenger for Illegal Drugs in her possession that of an Illegal Traffic stop. there was (no (Probable Cause) or any sign of criminal activity or any prior Drug History on my Background to even seek out of the allegation that was Directed towards me.

10#) Police officer's of THE Marion, ILLINOIS POLICE DEPT. Public official's, engaged in SYSTEMIC-Discriminatory Practices Based on Racial Animus.
From the Initial Pat Down I was called a "Drug Dealing-Nigger" and asked was there any Drugs on me which were not. Sgt. Thompson also made Racial Remarks as in I know your from Cairo which is a known Black Area and said I know you can get plenty of Drugs & guns for me Monkey boy I just want the Big stuff I'll make sure you get a good Deal out of this. 11#) All Defendant's of The Marion, Illinois Police Dept. had a Clear & Concise mind knew I was a DARK Black male from my Appearance, STATE I.D, and Racial Remarks towards (me) Plantiff.

12) Drugs were found after Ashley N. turner (lied) to officer in the Report. They Knew she was a white female, They Knew She lied and wasn't truthful to officer, They Knew I was not a threat and Detained when she lied and was in possession of Illegal substance.

13) → Officer's Violated my Civil Rights to equal Protection as well, as Conducted and engaged in was a status of me being a black male in a society that showed Low Regards to minorites. officer Welge -095, officer Lannom 050, Sgt Thompson 037 further Caused Damage's to unlawful ARREST me on The Drugs that were found and Coherced the Passenger to say Drugs were mine without any fact's or Proof.

(14) Damages of Systemic-Racism I was charged with Poss. of meth the Drugs a white female had in her Poss. She was Sent Home with No Charges or Consequences or Punishment. I was wrongfully Arrested, Called a Drug Dealing Nigger before these Drugs were Found, then Charged for what was Discoverd in a white female Possession. Due to Sex, and Race when She (lied) about committing a crime to officer's about having anything Illegal and I was charged because I had stimulas check money and money was a gift to Purchase a vehicle with. (15)-LAW Enforcement -

Treated me Diffrently than the other Race and Deprived me of life, liberty, Freedom, Property that was Prevailed on Police misconduct. The False accusation and Calculated Bias, evil-INTENT and Discriminatory Practices caused me and my family Punitive and monetary Damages of lost of $5,231.00 to STATE, $3,500 Attorney FEE's, 800 Bond out of Jail, $2,500 Damages to Vehicle and more compensatory Damages for time spent in Jail Do to Unreasonable Search, Arrest, Seizure, and discriminatory police misconduct. (16) These officer's had the Intent to Violate my 4th, 14th, 1st/5th ADmendment Right's to be Afringed upon.

Officer welge written report's to forfit my currency stating I was a Drug Trafficker, and that I possessed meth which The white female Ashley, Turner Did. he had his eye, mind, on my Skin and Currency since and before Initial-STOP - Pat-Down. I had Proof I JUST Received my stimulas and Received Cash From my mother To Purchase a vehicle for me to be able to Travel for work since her 1999 Honda Accord may not be liable all the time that I now own, which was Destroyed During the Search By LAW enforcement. Instead of officer's Arresting Us Both I was charged and she was let go (Scott Free). I was Treated unfair & unjust if I had Drugs on me and She only had currency and I would have (lied) would the Same Result happen? I think no fair JUST mind See the Discriminatory of Race/Sex. A Blind eye can see Racial - INTENT from Discrimination.

(5) STATEMENT OF CLAIM

Conclusions

This incident towards me was unfair & unjust because I was driving and found to $5,231.00 U.S currency in Rubberband was not or part of Illegal crime. Official's had clear knowledge that the white female passenger I was giving a ride contradicted had (lied) to them when she was asked if she had anything illegal on her she said (NO). She wasn't truthful and they made her say the drugs were mines and that she was scared. When I was not a threat once I was detained she tried to lie and get away with a crime that Official conspired to let her do so anyway. I ask the official's how can they do this to me and only said we know you are a drug dealing nigger just look at you. Under Section 1983, 1982, 1985, my civil rights my equal protection were violated by Defendants' due to Abuse of Athority and Bigotry. Racial Discrimination unlawful police misconduct towards a minority to create an arrest, Fabricate testimony, improperly impact witness, Hinder an innocent civilian of life, liberty, freedom and Deprived of property through - Illegal Calculated Search that caused me Damages when police officer's of Marion Police Dept. Searched vehicle ripped doors, tore out seat's, Dashboards. over $2,000 Damages Illegally Seized $5,231.00 Do to Racial Animus which also cost another $5,000 in Damages for Bond, Attorney fee's and actual punitive Damage and actual which was all caused by the Conduct of Discriminatory Intent of Charles Welge 095, Sgt Jessie Thompson 037, William Lannom 050 in Both Individual/Official Compasity. I ask the Court to seek Justice and fair trial that These officer I seek Relief on my damages and to not abuse their Athority and seek police training in there County Training and Protect & Serve as police should treat all citizen the same as of color and non color.

continue

(6)

Conclusion:

Since being I.d.o.C Incarserated for non-Drug Related crime the Witness Ashley N. Turner found me on GTL Tablet which I made Copies of her written messages. which these Includes:

She was Scared and that cop made her make the Statment I gave her Drugs, and To say they were mines.

Officer's Violated 42.U.SC. which States all Citizen's of the united States Shall have the same Right in every State, Territory, as enjoyed By white Citizen's.

therof to inherit, Purchase, Lease, Sell, Hold, and Convey Real Personal ProPerty.

(1) I was not Afforded the Same Right as a white female that (lied) to officer's about not having anything in her Possession. (2) I was Followed For Several Blocks, Harrassed and called Racial-slurs By these officers. (3) These official's Conspired and fabricated Statement's and Impacted a witness to Provide False Reports to Charge me with evidence Illegal Collected.

all official Conspired together to Deprive Plaintiff of equal Privileges and Immunites or equal Protection.

I was Punished for Exersizing my Right to confront and Question the Performance of Public official's when asked about the Illegal Stop, and Arrest of me not having any Knowledge and or Possession of anything Illegal which would Violate State Laws.

Minorities in Small town's are always treated with no Respect & distrust which a white Person get's away with a crime and can lie and Put it on another Person of color and Law-enforcement of this caliber go along To Violate these Right's and Put Fear into minority color's of the united States.

I Seek Justice from the Court's Mr. Esley D Cornelius III.

SS [signature]
ED [signature]

End of Claim

*Requesting V.*
*I Also officer To Pay Court fee's when settle*

## REQUEST FOR RELIEF    Compensantory

Seeking Moneytary/Compensatory/Punitive Damages

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

I'm seeking Damages for loss of actual Property lost due to Discrimantory practices etc. - 5,231.00 u.s currency.
→ $3,500 Attorney Fee's $7,000 Bond Do to wrongful Arrest.
→ $2,500 Damage To vehicle and $50,000 for Police misconduct which led to unlawful Arrest and Detention Racially Motivated.

VI. **JURY DEMAND** (check one box below) For Sum = 168,231
one Hundred sixty eight Thousand Two hundred thirty one U.S Dollars

The plaintiff ☑ does ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: **3-29-2023**
(date)

Signature of Plaintiff

**5835 State Route 154**
Street Address

**Esley D Cornelius III**
Printed Name

**Pinckneyville, IL 62274**
City, State, Zip

**Y23796**
Prisoner Register Number

Signature of Attorney (if any)



Scanned at Pinckneyville CC and e-mailed

4/6/23 by CB 13/12 pages
Date    Initials    No.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Name: _Esley D Cornelius, III_

ID Number: _Y23796_

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?    **Yes** or No

   If this is a habeas case, please circle the related statute:   28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?    Yes or **No**

   If yes, please list case number: _____

   If yes, but you do not know the case number mark here: _____

3. Should this document be filed in a pending case?    Yes or **No**

   If yes, please list case number: _____

   If yes, but you do not know the case number mark here: _____

4. Please list the total number of pages being transmitted: _12_

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| New 1983 Complaint | 12 |
| Motion and Affidavit to Proceed in District Court w/o Prepaying Fees or Costs | 4 |

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.