To SouThern DisTrict of Illinois

East Saint Louis District Court

Motion to File Amended Complaint

Plantiff

Esley Cornelius, ~~III~~            Case No.
      V.                    Scanned at Pinckneyville CC and e-mailed  3:23-cv-1165-
Charles Welge et al.    1/23/24 _____ by CB  1  pages
                         Date        Initials  No.   NJR

I, RespectFully ask this Court's TO LET me Amend my ComplainT because Ive LeFt out Some Critical FacT's most Pertaining to my 1st and 5th ADmendment Right's were ViolaTed. Offier Jessie Thompson a DefendanT of the Civil SuiT TRied To Coherse me into talking and NoT Allowing me my Miranda RighT's. also Ashley Turner white Female Passenger in the Case was not only white She was a Female and I was a male and my Sex, Race, Religion UNder First ADmendment was ViolaTed.

3rd. I was also ExenoraTed/Dismissed From Prosecution in the Criminal Case That Defendant's ArresTed me on withouT ProBable Cause which was NoT mention I would like to add officer Jessie Thompson VioaTed my 5th ADmendment All Defendant's VioaTed my 1st ADmendment Do to Race & Sex, gender. and Also I was NoT Tried and exonerated from False Charges FAlse ArresT, Imprisonment Under State LAWs of Illinois. I Also want to add the City of Marion, IL for being Reliable for There officers that Caused emotional Distress and other Damages needed Compensated For, through There Insurance



Scanned at Pincknewille CC and e-mailed

1/23/24 ___ b, _CB_ ___1___ pages
Date        Initials    No.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

## ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Esley Cornelius, III
Name

Y23796
ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1.   Is this a new civil rights complaint or habeas corpus petition?        Yes or (No)

     If this is a habeas case, please circle the related statute:   28 U.S.C. 2241 or 28 U.S.C. 2254

2.   Is this an Amended Complaint or an Amended Habeas Petition?        Yes or (No)

         If yes, please list case number: _____

         If yes, but you do not know the case number mark here:    _____

3.   Should this document be filed in a pending case?        (Yes) or No

     If yes, please list case number:    23-CV-01165-NJR

     If yes, but you do not know the case number mark here:    _____

4.   Please list the total number of pages being transmitted:        __1__

5.   If multiple documents, please identify each document and the number of pages for each document.  For example:  Motion to Proceed In Forma Pauperis, 6 pages;  Complaint, 28 pages.

| Name of Document | Number of Pages |
| --- | --- |
| Motion to File Amended Complaint | 1 |
| | |
| | |

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record.   Discovery materials sent to the Court will be returned unfiled.