# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Scanned at Pinckneyville CC and e-mailed 2/22/24 by CB 14 pages

Esley D. Cornelius III
_____
_____
**Plaintiff(s)/Petitioner(s)**

v.

Charles Welge, Jessie Thompson, William Lannom, City Marion, Illinois and Marion Police DePT, City marion IL et al
**Defendant(s)/Respondent(s)**

Case Number: 3:23-CV-01165-NJR
*(Clerk's Office will provide)*

☒ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)
☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)
☒ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act, 28 U.S.C.
§§1346, 2671-2680, or other law

Amended Complaint

## I. JURISDICTION

**Plaintiff:** 5835 STATE Route 154 Pinckneyville, IL 62274

A. Plaintiff's mailing address, register number, and present place of confinement.

**Defendant #1:**

B. Defendant __Charles Welge  Badge# 095__ is employed as
   (a)    (Name of First Defendant)

__Public official Police officer__
   (b)    (Position/Title)

with __Marion Police Department 1001 West DeYoung Street Marion, Illinois, 62959__
   (c)    (Employer's Name and Address)

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☒ Yes  ☐ No

If your answer is YES, briefly explain: __Local Police officer.__

Rev. 10/3/19

**Defendant #2:**

C. Defendant **Jessie Thompson** is employed as

(Name of Second Defendant)

**Sgt Marion Police officer Badge -037**

(Position/Title)

with **Marion Police Dept 1001 West**

(Employer's Name and Address)

**Deyoung Street Marion, IL 62959**

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? ☒ Yes ☐ No

If you answer is YES, briefly explain: ~~Arrested~~ Sgt. Thompson was Local Marion, IL Public official

**Additional Defendant(s) (if any):**

D. Using the outline set forth above, identify any additional Defendant(s).

Defendant William Lannom - Badge -050
Police officer Marion Police Dept
Address
1001 West DeYoung Street Marion, IL 62952
Conspired Violate my Rights.

City of Marion, State officals

## II. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?  ☒Yes ☐No

B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability**, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1. Parties to previous lawsuits:
   Plaintiff(s): Estey D Cornelius

   Defendant(s): Union County Sheriff Dept

2. Court (if federal court, name of the district; if state court, name of the county):

3. Docket number: N/A Dont Remember

4. Name of Judge to whom case was assigned: Gilbert

5. Type of case (for example: Was it a habeas corpus or civil rights action?): Civil Rights

6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dissmissed,

Rev. 10/3/19

7. Approximate date of filing lawsuit: N/A

8. Approximate date of disposition: N/A

9. Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?" failed to Prosecute

III. **GRIEVANCE PROCEDURE**

A. Is there a prisoner grievance procedure in the institution? ☐ Yes ☒ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? ☐ Yes ☒ No

C. If your answer is YES,
   1. What steps did you take?

   2. What was the result?

D. If your answer is NO, explain why not.

E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☐ Yes ☐ No

F. If your answer is YES,
   1. What steps did you take?

2. What was the result?

G. If your answer is NO, explain why not.

H. Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

Rev. 10/3/19

IV. **STATEMENT OF CLAIM**

    A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

*Written Attached motion to Amend Statement of Claim. Pages 1-4*

## V. REQUEST FOR RELIEF

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

Public officials violated civil Rights
I would like To Seek Punitive, Compensatory, Monetary Damages of The Sum of Two Hundred twenty Five Thousand U.S currency $225,000 From loss of actual Property Damages, Attorney Fee's, False Arrest, Detention being Incarcerated over 33 day Do To Racial Intent I am seeking Those Pain & Suffering Damage's for my Relief I was A Free man During Incident.

## VI. JURY DEMAND (check one box below)

The plaintiff ☒ does ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: _[scribbled]_ (date)    _[signature]_ Signature of Plaintiff

5835 State Route 154    Esley D. Cornelius III
Street Address           Printed Name

Pinckneyville, Illinois 62274    Y23796
City, State, Zip                  Prisoner Register Number

Signature of Attorney (if any)

Rev. 10/3/19

# Amended Complaint

**1) INTRODUCTION**                                           pg. 1 of 8

Defendant officer's - Charles Welge, William Lannom and Supervisor Sgt. Jessie Thompson Conspired on May 8th 2021 Through June, 3rd, 2024 to Violate Plantiff Civil Right's. By agreeing and acting together (a) To Falsely Arrest and Imprison 3) Contreive and Fabricate Criminal Charges against Plantiff.(c) Submit false Report's, Statment's, and Testimony to support those Charges to Create unlawful Pre-Trial Detention.(d) Improperly Impact witness and Coherse Due To Discriminatory intent.(e) Illegally Seize U.S Currency without Probable Cause.(f) Violating Plantiff 5th amendment by Punishing Plantiff By Exersizing Right when Confront & Question The Performance of Public officials when forced to Confession of a Crime he/she did not Commit. Defendant officer's of the City of Marion, Illinois Deprived and Violated numerous Civil Right's Violation under 1983 U.S.C.

**L) INCIDENT:**

On May 8th 2021 while Driving and Following all State Traffic Laws in The City of Marion, IL I was Followed and Targeted By Police officer Charles Welge-Badge 095. I was Followed for Several Blocks before I was Pulled over for using my Right turn Signal when pulled over I was Told I failed To use my Right turn signal which led to a false arrest. Welge lacked Probable Cause To Pull me over once Pulled over I was Asked To exit The Vehicle which I did without incident. I was then asked to be Search of my person for any Drugs or weapon which I was Clean.(2) During The Search of my person 1,5400 in U.S Currency was Taken without Probable Cause.(3) he asked To Search The Vehicle I Stated NO. The Vehicle had Insurance and Proper Registration.(4) he told me my Licsence was Revoked at time which i had NO KNOWlege of This.(5) he let me use The Phone when asked To Call My Attorney he made me hang up Detained me and grew Anxious To search further.(6) Sgt Thompson and William Lannom Arrived and That's When a Trickle effect of Racial Slurs, and I'm going To Find Something in Vehicle Then i was Forced in Back of Police Cruiser. There was no Reasonable suspission During The initial stop. Being Black, with $5,231.US Currency is not enough

Once Detained and Placed in Backseat of officials Vehicle I Notice Mr. Welge Approach the female Passenger I was giving a Ride Home that I met on FaceBook.(9) From Defendant officer's Police Report's he asked the passenger to exit the vehicle and if she had anything illegal on her.(10) She stated to officer's (No)/negative.(11) Once Removed From Vehicle she was asked to be Search By this male officer and was discoverd in her possession meth.(12) Once I observed this I seen Defendant officer's say he gave them to you didn't he.(13) She was taken By William Lannom who also Conspired told her why are you with him we know he's a Drug Dealer.(14) Once we Both Were Detained Welge, Lannom Found MY wallet and took a total of $5,231.00 Combined and with suspicous i had Drugs in Car tore the Car APART Searching Causing Damages of $2,500.(15) without Consent to Search, or any probable Cause from the initial Stop nothing illegal was found, only a legal proper Canabis Contained and Sealed Package from the Dispensary By STATE LAWS.(16) Sgt. Jessie Thompson the Lead supervising officer then Transported me to the County Jail from the Police Department were he took me in a Room and Tried to Coherse me into Conffesion to a crime i did not commit Threaten me with Lenthy Prison Sentence. They let her go From the Dept before taking me to the County Jail falsely Imprison me Letting her go a white female, me Black male without equal Protection.(17) Ince at the County Jail he took picture's of me "Saying" Since you don't want to admit or Find me Drugs 14 grams or more is 10 to life in feds. Jail video of that Day will show This incident to Coherse me into Confession Violating my 5th Amendment of U.S Constitution.(18) officer welge provided false statement to Prosecution that I poss. meth/herion which was user amount.(19) Due to this officer Discriminatory Intent he Assumed my currency was from Drug Sales which was stimulas to purchase a vehicle. Reasonable and Suspicious lacked when the initial-Traffic Stop was nothing more than an exusse to fish for trouble. Rubber Band to Hold money together is not a Drug Dealer method which he states when Some Banks wrap currency with Rubber Bands Periodicly.

19#) Not only did officer Weige lie and had no Reasonable suspicion to initiate a traffic stop, there was no Reasonable Suspicion or Criminal activity for a cause to search the passenger. to which evidence that was found inside her (Crotch Area) could have been placed or found through officers unlawful Search & seizure. Prior to the search of passenger for illegal drugs in her possession that of an illegal Traffic stop. there was (no (Probable Cause)) or any sign of criminal activity or any prior Drug History on my background to even seek out of the allegation that was directed towards me.

20#) Police officer's of THE Marion, ILLINois police Dept. public officials, engaged in Systemic-Discriminatory practices Based on Racial Animus.
From the initial pat Down I was called a Drug Dealing-Nigger and asked was there any Drugs on me which were not. Sgt. Thompson also made Racial Remarks as in I know your from Cairo which is a known Black Area and said I know you can get plenty of Drugs & guns for me MonkeyBoy I just want the Big stuff I'll make sure you get a good deal out of this. 21#) All Defendant's of The Marion, Illinois Police Dept. had a clear & concise mind knew I was a DARK Black male from my Appearance, STATE I.D, and Racial Remarks towards (me) Plantiff.

22) Drugs were found after Ashley N. Turner (lied) to officer in the Report. They knew she was a white female, they knew she lied and wasn't truthful to officer, they knew I was not a threat and detained when she lied and was in possession of illegal substance.

23) → Officer's violated my Civil Right's to equal protection as well, as conducted and engaged in was a status of me being a black male in a society that showed low regards to minorites. officer Weige -095, officer Lannom 050, Sgt Thompson 037 further caused damage's to unlawful arrest me on The Drugs that were found and coharsed the passenger to say drugs were mine without any fact's or proof.

(4) Amend Complaint pg 4 of 8

(14) Damages of Systemic - Racism I was charged with Poss. of meth the Drugs a white female had in her Poss. She was Sent Home with No Charges or Consequences or Punishment. I was wrongfully Arrested, Called a Drug Dealing nigger before these Drugs were Found, then Charged for what was Discovered in a white female Possession. Due to Sex, and Race when She (lied) about committing a crime to officer's about having anything Illegal and I was charged because I had stimulas check Money and Money was a gift to Purchase a Vehicle with. (15) - LAW Enforcement -

Treated me Diffrently than the other Race and Deprived me of life, liberty, Freedom, Property that was Prevailed on Police misconduct. The False accusation and Calculated Bias, evil-INTENT and Discriminatory Practices Caused me and my family Punitive and Monetary Damages of lost of $5,231.00 TO STATE, $3,500 Attorney FEE'S, 800 Bond out of Jail, $2,500 Damages to Vehicle, and more compensatory Damages for time spent in Jail Do to Unreasonable Search, Arrest, Seizure, and discriminatory Police misconduct. (16) These officer's had the Intent to Violate my 4th, 14th, 5th Admendment- Right's to be Afringed upon.

Officer Welge written Report's to forfit my currency stating I was a Drug Trafficker, and that I possessed meth which The white female Ashley, Turner Did. he had his eye, mind, on my skin and Currency since and before Initial-STOP - Pat-Down. I had Proof I Just Received my stimulas/and Received Cash From my mother To Purchase a vehicle for me to be able to Travel for work since her 1999 Honda Accord may not be liable all the time that I now own, which was Destroyed During the Search By LAW enforcement. Instead of officer's Arresting us Both I was charged and She was let go (Scott Free). I was Treated unfair & unjust, if I had Drugs on me and she only had currency and I would have (lied) would the Same Result happen? I think no fair Just mind See the Discriminatory of Race/Sex. A Blind eye can see Racial-INTENT from Discrimination.

(5) STATEMENT OF CLAIM
Amend Complaint

Conclusions

This incident towards me was unfair & unjust because I was driving and found to $5231.00 U.S currency in Rubberband was not or part of Illegal crime. Officials had clear knowledge that the white female passenger I was giving a ride contradicted had (lied) to them when she was asked if she had anything illegal on her she said (NO). She wasn't truthful and they made her say the drugs were mines and that she was scared. When I was not a threat once I was detained she tried to lie and get away with a crime that official conspired to let her do so anyway. I ask the officials how can they do this to me and only said we know you are a drug dealing nigger just look at you. Under Section 1983, 1982, 1985, my Civil Rights my equal protection were violated by defendants due to abuse of Athority and bigotry. Racial Discrimination unlawful police misconduct towards a minority to create an arrest, fabricate testimony, improperly impact witness, Hinder an innocent civilian of life, liberty, freedom and deprived of property through - Illegal calculated search that caused me damages when police officer's of Marion Police Dept. searched vehicle ripped doors, tore out seat's, dashboards. over $2,000 damages Illegaly seized $5,231.00 do to racial animus which also cost another $15,000 in damages for bond, attorney fee's and actual Punitive damage and actual which was all caused by the conduct of discriminatory intent of Charles Welge 095, Sgt Jessie Thompson 037, William Lannom 050 in both individual/official compasity. I ask the court to seek justice and fair trial that these officer I seek relief on my damages and to not abuse their Athority and seek police training in they're county training and protect & serve as police should treat all citizen the same as of color and non color.

Continue

(6)

Pg 6 of 8

## Amend Complaint

Since being I.D.O.C. incarserated for non-drug related crime the witness Ashley N. Turner found me on GTL Tablet which I made copies of her written messages. which these includes:

She was scared and that cop made her make the statment I gave her drugs, and to say they were mines.

Officer's violated 42.U.S.C. which states all citizens of the united States shall have the same right in every State, Territory, as enjoyed by white citizen's.

therof to inherit, Purchase, Lease, Sell, Hold, and Convey Real personal property.

(1) I was not afforded the same right as a white female that (lied) to officer's about not having anything in her possession. (2) I was followed for several blocks, harrassed and called racial-slurs by these officers. (3) These official's conspired and fabricated statement's and impacted a witness to provide false report's to charge me with evidence illegal collected.

All official conspired together to deprive Plaintiff of equal privileges and immunites or equal protection.

I was punished for exersizing my right to confront and question the performance of public offical's when asked about the illegal stop, and arrest of me not having any knowledge and or possession of anything illegal which would violate state laws.

minorities in small town's are always treated with no respect & distrust which a white person get's away with a crime and can lie and put it on another person of color and law-enforcement of this caliber go along to violate these right's and put fear into minority color's of the united States.

I seek justice from the court's

Continue pg 7 of 8

Amend Complaint

Count 1                                                                  pg 7 of 8

Conspiracy To Deprive Constitutional Rights.
Defendant officer's Reached an Agreement Amongst Themselves to Punish Plantiff for a crime he did not commit.(2) Therby to Deprive Plantiff of his Constitutional Right's.(3) As described Fully Throught this Complaint.(4) In This Manner Defendant officer's acting in concert with eachother Co-Conspired by Concerted action to Accomplish an Unlawful Purpose By Unlawful means.(5) In Furtherance of the Conspiracy each of the Defendant Co-Conspiractor's Commited overt acts and was Willful Participant's in Joint Activity.(6) This includes But not limited to:(A) Fabricating False evidence against Plantiff (B) Cohersive to Plantiff/Passenger.(C) Condoning/Approving False evidence against Plantiff.(d) Using Fabricated evidence to commence and Continue Criminal Prosecution on Criminal Charges.(7) As A Result of the illict Prior Agreement Refered Above Plantiff Right's were Violated and Sufferd Damages.(A) Emotional Distress (B) mental Anguish (C) Depriviation of life, liberty, Freedom, Property.(8) The misconduct Described in this Count was undertaken with Malice, Willfulness, and Reckless indiffrence in addition to these violation's exsposed/Caused Damages to incure various exspenses to Plantiff Damages.(9) Wherefore I Plantiff Seek Pursuant To 42 U.S.C 1983 Demand Judgement against all Defendant for Compensatory/Punitive Damages The Court Deems Equitable.

Count 2 Unlawful Pre-Trial Detention and Count 3 False Arrest Imprisonment.(1) Defendant officer's knowingly Caused Plantiff to be Arrested and Imprison without any Probable Cause or any other Justification.(2) Which Constituted Deliberate indiffrence To Plantiff Right's Under U.S Constitution in Violation of 4th and 14th Amendment a Proximate Result of the above Detailed action Plantiff was Injured.(3) Including the Depriviation of life, liberty, Freedom and Taking of Property.(4) In addition Caused Plantiff embarrasment, Humilation exsposed to Public Scundal and Disgrace that Cause Plantiff to incure Various exspenses.(5) Defendant officer's accused Plantiff of Criminal activity knowing Those accusation to be without Geniune Probable Cause when Submitted False Report's, and Statement To Prosecutor's with intent of instituting and Continuing Judicial proceeding against Plantiff, which there was no Probable Cause Described above.

Continue Page 8 of 8

Amend complaint

False Arrest
Imprisonment     Unlawful Pre-Trial Detention
Count 2 and Count 3                                         Pg 8 of 8

Prior, fully above Defendant officer's while acting individually, jointly and in conspiracy with each other Deprived Plantiff of his Constitutional Right's. (A) Deliberately Spoilated evidence (B) Deliberately use Coercive Procedure to Arrest Plantiff. (C) Delibriatly Fabricated evidence including, but Not limited to Falsifying Police Report's in Attempt to impliate Plantiff as Perpertrator. - Unlawful Pretrial Detention $^1$ Defendant officer's Continued to mislead & misdirect the Criminal Prosecution of Plantiff During Pendency of Detainment. $^2$ Plantiff Constitutional Right's, Suffered Damages Loss of Liberty, Mental Anguish, monetary exspenses, Emotional Distress and other injuries. The misconduct described here, Prior, Fully above was objectively unreasonable and undertaken intentionally with willful indiffrence to Plantiff Constitutional Right's, wherefor Seek monettary, Compensatory/Punitive Damages Do To actual loss of Property and loss of Freedom Do To False Arrest/Imprison — Unlawful Pre-Trial Detention. City of Marion, Illinois

officer's Defendant's at the time of this occurence, a duly liscenced Marion Police officer's. They engaged in the Conduct Complained of in this Scope of their employment and were under Color of Law. They Are Sued in Their individual and or Supervisory Compasity. City of Marion is a Municipal Coroporation duly incorporated under the Laws of the State of Illinois and is the employer and Principal Defendant of officer's. The Defendant manifested and Condoned to Violate Plantiff, 1st Amendment Sex/Race, 5th Amendment to Confess/Cohersive intent to a Crime he/she did NOT Commit. 4th Amendment Do To Illegal Search & Seizure without Probable Cause. 14th Amendment in Violation of Racial Intent, Discrimination, Equal Protection, unlawful Arrest and Pre-trial Detention, as Stated fully Above Plantiff Seek all Compensatory, Punitive Damages Pursuant 42 U.S.C 1983 The Court Deems equitable & Just. Thanks.

Respectfully,
pro, se Plantiff
Esley D. Cornelius III

It Should Be Noted I was acquitted of all Criminal Charges Filed against me. There never was any Traffic Violation Issued from The Arrest The original Reason I was Stop By officer's Defendant and never was Charged for failing to use my Turn signal



Scanned at Pinckneyville CC and e-mailed
2/22/24 by CB  14 pages
Date      Initials  No.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Name: _Esley D. Cornelius, III_

ID Number: _Y23796_

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?    Yes or **No**

   If this is a habeas case, please circle the related statute:   28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?   **Yes** or No

   If yes, please list case number: _23-CV-01165-NJR_

   If yes, but you do not know the case number mark here: _____

3. Should this document be filed in a pending case?   **Yes** or No

   If yes, please list case number: _23-CV-01165-NJR_

   If yes, but you do not know the case number mark here: _____

4. Please list the total number of pages being transmitted: _____

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| Amended Complaint | 14 |
|  |  |
|  |  |

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.